**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick Lamont ROBERTSON,**
**Defendant–Appellant.**

**No. 13–8045.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Derrick Lamont Robertson, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Robertson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robertson,* No. 5:00–cr–00103–H–1 (E.D.N.C. Dec. 19, 2013). We deny Robertson's motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*